NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIVIX GOLF, INC.,**
*Plaintiff,*

**v.**

**JEFFREY P. MOHR, AND REMEDY GOLF, INC.,**
*Defendants-Appellants,*

AND

**BANDWAGON, INC., DIANA SARCOZ, AND FELIX HOANG,**
*Defendants.*

---

2012-1236

---

Appeal from the United States District Court for the Southern District of California in No. 05-CV-1488, Judge John A. Houston.

---

**JUDGMENT**

---

TODD A. MOORE, of San Diego, California, argued for defendants-appellants.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| October 8, 2014 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |